# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| TERREN DANAE COOK, Sr. | Case No. 1:16-cv-00631-SAB |
|    Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE; REMANDING ACTION |
|    v. | PURSUANT TO THE STIPULATION OF THE PARTIES; AND DIRECTING CLERK |
| COMMISSIONER OF SOCIAL SECURITY, | OF THE COURT TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF TERREN |
|    Defendant. | DANAE COOK, SR |

On January 27, 2017, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to file an opening brief. On January 30, 2017, the parties filed a stipulation to remand this action, and a response to the order to show cause. Based upon the response, the order to show cause shall be discharged.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The order to show cause filed on January 27, 2017, is DISCHARGED;

2. The decision of the Commissioner of the Social Security Administration is REVERSED;

3. This matter is REMANDED for further administrative proceedings; and

4. Judgment is ENTERED in favor of Plaintiff Terren Danae Cook, Sr.

IT IS SO ORDERED.

Dated: __**January 30, 2017**__                            

UNITED STATES MAGISTRATE JUDGE